IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MACK NELSON                                                                                                    PLAINTIFF

Case Number: **5:05CV00249GH**

WASTE MANAGEMENT OF ARKANSAS
SOUTH, ET AL.                                    .                                                            DEFENDANTS

## **ORDER**

Pending before the Court is the second motion of Waste Management of Arkansas, Inc. ("WMA") to compel plaintiff's initial disclosures and responses to discovery requests. Plaintiff has not responded.

The Court granted WMA's first motion to compel on August 10, 2006, ordering plaintiff to provide his initial disclosures and discovery responses to WMA within 10 days of the Order. WMA contends that plaintiff has failed to provide complete initial disclosures and complete responses to discovery requests.

Plaintiff shall provide a copy or the location of the documents referenced in his Initial Disclosures. Plaintiff is further ordered to provide the information requested by WMA in its second motion to compel. The information shall be provided within twenty days of this Order. Failure to comply with this Order may result in the imposition of sanctions.

Accordingly, the second motion to compel (document no. 27) is granted.

IT IS SO ORDERED this 29th day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE