IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MACK NELSON                                                                     PLAINTIFF

Case Number: **5:05CV00249GH**

WASTE MANAGEMENT OF ARKANSAS
SOUTH, ET AL.                                      .                                 DEFENDANTS

## **ORDER**

On motion of plaintiff, the case is hereby dismissed without prejudice..

IT IS SO ORDERED this 20th day of December, 2006.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-